UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 DEC 12 AM 11:15

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH D. HARTER,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. §§ 922(g)(4) and 924(a)(8)<br>18 U.S.C. § 930(a)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Possession of a Firearm by a Prohibited Person)

On or about November 16, 2023, in the Southern District of Ohio, the defendant, **RALPH D. HARTER**, knowing that he had been adjudicated a mental defective, did knowingly possess firearms—specifically: (1) a Ruger, LCP II, .22 caliber pistol (S/N: 381066815), and (2) a North American Arms, .22 caliber long rifle (S/N: G29735)—and the firearms were in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(4) and 924(a)(8).**

### COUNT 2
### (Firearm Possession in a Federal Facility)

On or about November 16, 2023, in the Southern District of Ohio, the defendant, **RALPH D. HARTER**, did knowingly possess and cause to be present firearms and dangerous weapons—specifically: (1) a Ruger, LCP II, .22 caliber pistol

(S/N: 381066815), and (2) a North American Arms, .22 caliber long rifle (S/N: G29735)—in the Marietta Veterans Affairs Clinic, a Federal facility.

**In violation of 18 U.S.C. § 930(a).**

## FORFEITURE ALLEGATION

The allegations of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of any of the offenses alleged in Counts 1 or 2, the defendant, **RALPH D. HARTER**, shall forfeit to the United States any firearms or ammunition involved or used in such offense(s), including, but not limited to the following:

|    | Make | Model/Description | Serial # |
|----|------|-------------------|----------|
| a. | Ruger | LCP II<br>.22 caliber pistol | 381066815 |
| b. | North American Arms | .22 caliber long rifle | G29735 |
| c. | Ammunition | .22 caliber (yellow casing) | |

Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

*s/Foreperson*
**Foreperson**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*[signature]*

**TYLER J. AAGARD (NC 54735)**
**JENNIFER M. RAUSCH (0075138)**
**Assistant United States Attorneys**

2